IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-cv-00012-NYW-NRN

MOUREENE TAYLOR,

    Plaintiff,

vs.

KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendant.

## STIPULATION OF DISMISSAL

The parties, by their respective counsel and pursuant to Rule 41, stipulate to dismiss this matter with prejudice, each side to bear its own attorneys fees and costs.

Respectfully submitted this May 31, 2023.

    By:   s/   *Robert M. Liechty*
                  Robert M. Liechty
                  ROBERT M LIECHTY PC
                  1800 Gaylord St.
                  Denver, Colorado 80206
                  Tel: (303) 861-5300
                  Fax: (303) 861-2746
                  Email:  rliechty@crossliechty.com
                  ATTORNEY FOR PLAINTIFF

By:   *s/   Laurene S. Rogers*
Mark B. Wiletsky
Laurene S. Rogers
HOLLAND & HART LLP
One Boulder Plaza, 1800 Broadway, Ste 300
Boulder, CO 80302-5289
mbwiletsky@hollandhart.com
lsrogers@hollandhart.com
ATTORNEYS FOR DEFENDANT